# TIFFANY & BOSCO
## P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

07-11432/0016732257

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-04653-SSC |
| Jennifer Ann Fonteno<br>Debtor. | Chapter 13 |
| Mortgage Electronic Registration Systems, Inc.<br>Movant,<br>vs.<br>Jennifer Ann Fonteno, Debtor; Russell A. Brown, Trustee.<br>Respondents. | STIPULATION FOR REMOVAL<br>OF BANKRUPTCY STAY |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, wherein

Jennifer Ann Fonteno, is designated as trustor and Mortgage Electronic Registration Systems, Inc. is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

and as further described in the attached Exhibit "A"

IT IS FURTHER STIPULATED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER STIPULATED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER STIPULATED that any hearing scheduled in the matter are vacated.

DATED this 12th day of March, 2008.

TIFFANY & BOSCO, P.A.

By_____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

James R. McDonald, Jr.
Attorney for Debtor

Russell Brown
Chapter 13 Trustee, Suite 800, 3838 North Central Avenue, Phoenix, Arizona 85012; 602.277.8996
2008.02.12 20:55:12 -07'00'

2

EXHIBIT A - LEGAL DESCRIPTION

Tax ID Number: 140-38-400-4

Land situated in the County of Maricopa in the State of AZ

Unit 35A of Rovillosa pueblo studios, a condominium as created by that certain Declaration recorded April 11, 2003 as 2003-43[...] of Official Records and first Amendment recorded as 2003-[...] of Official records and second Amendment recorded May 27, 2003, as 2003-[...] of Official records; Third Amendment recorded on 2003-[...] of Official Records; fourth Amendment recorded on 2003-[...] of Official Records; fifth Amendment recorded on 2003-[...] of Official records; sixth Amendment recorded on 2004-[...]; Seventh Amendment recorded on 2004-[...]; eighth amendment recorded on 2004-[...]; ninth amendment recorded on 2004-[...]; tenth amendment recorded on 2004-[...]; eleventh amendment recorded on 2004-[...]; twelfth amendment recorded on 2004-[...]; thirteenth amendment recorded as 2004-[...]; fourteenth amendment recorded as 2004-[...]; fifteenth amendment recorded on 2004-[...]; sixteenth recorded as 2004-[...]; seventeenth amendment recorded as 2004-[...], and are shown on the plat of said condominium recorded March 31, 2003 at Book 620 of Maps, Page 48, in the Office of the county recorder of Maricopa County, Arizona.

Commonly known as: 3301 S Southern Ave, Mesa, AZ 85204

EXHIBIT A